UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LAMAR ALEXANDER CARTER,** Petitioner, v. **RANDEE REWERTS,** Respondent. | **2:19-CV-10287-TGB** **JUDGMENT** |

## JUDGMENT

In accordance with the opinion and order issued on this date;

It is **ORDERED AND ADJUDGED that** the case be **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  September 12, 2022

                                        KINIKIA ESSEX
                                      CLERK OF THE COURT

                                      s/A. Chubb
                                      Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE