UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| **LAMAR ALEXANDER CARTER**, Petitioner, v. **RANDEE REWERTS**, Respondent. | 2:19-CV-10287-TGB-PTM **ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY** **(ECF NO. 20)** |

The Court previously denied Petitioner Lamar Alexander Carter's application for a writ of habeas corpus and his motion for release from state prison on bond. *See generally* Dismissal Order, ECF No. 15. In its prior Order, the Court also declined to issue a certificate of appealability. *Id.* at PageID.1719-20. Despite that, Petitioner Carter again asks the Court to issue a certificate of appealability.

Carter argues that the issues raised in his original petition are "substantial [and] worthy of appellate consideration." Mot. for Cert. of Appealability, ECF No. 20, PageID.1729-30. The Court has already concluded that Petitioner Carter has not made a substantial showing of the denial of a constitutional right—as is required by 28 U.S.C. § 2253(c)(2) before a certificate of appealability may be issued. Petitioner Carter's latest motion does not change the Court's earlier conclusions.

## CONCLUSION

For the foregoing reasons, Petitioner's Motion for a Certificate of Appealability (ECF No. 20) is **DENIED**.

**SO ORDERED**.

Dated: December 6, 2022     s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE